**Order filed June 5, 2014.**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-13-00778-CV

———————————

### TAMMY DEWOLF, CHRISTINA DEWOLF, AMANDA DEWOLF AND KAITLYN DEWOLF, Appellants

### V.

### RICHIE KOHLER, ERIC KIEBLER, OCEANIC VENTURES INC, MV JOHN JACK, A & E TELEVISION, NETWORKS, INC., ITI HOLDINGS, INC., AND LAMARTEK, INC. (D/B/A "DIVE RITE"), Appellees

---

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-46416**

---

## O R D E R

The clerk's record in this appeal was filed January 22, 2014. The reporter's record was filed January 30, 2014. Appellants' brief was originally due March 3, 2014. Appellants requested and were granted an extension of time to file the brief until May 1, 2014. On April 23, 2014, appellants filed an opposed second motion for extension of time to file the brief because supplementation of the clerk's record had been requested but not

filed. The court granted the extension until June 2, 2014, noting that no further extensions would be granted absent exceptional circumstances. On May 27, 2014, appellants filed a further request for extension, stating that the requested supplementation had not been filed. Appellees filed a response in opposition. The supplemental record appellant requested was filed June 2, 2014.

We **DENY** the motion. Unless appellants file a brief with the clerk of this court on or before **June 16, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM